UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JAI REDDY, an individual,                  Civil No. 3:11-290-HA

    Plaintiff,                                JUDGMENT

    v.

AIR LIQUIDE ELECTRONICS U.S. LP,

    Defendant.

HAGGERTY, District Judge:

    Based upon the Stipulation for Voluntary Dismissal [15], and the Court being fully advised, IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's claims in this case against defendant are DISMISSED WITH PREJUDICE, and without recovery of costs or attorney fees to any party.

    IT IS SO ORDERED.

    DATED this 5th day of December, 2011.

                                                                 /s/ Ancer L. Haggerty
                                                                       Ancer L. Haggerty
                                                             United States District Judge

1 -- JUDGMENT